AO 106 (Rev. 04/10)  Application for a Search Warrant

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Dec 13, 2023

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Residence at 191 Nevada 125, Rosston, AR; Red 2024 Chevrolet Silverado 2500 pickup; & cellular phone using 870-904-4329

)
)
)
)
)
)

Case No.  **4:23-cm-00037**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Residence 191 Nevada 125, Rosston, AR; 2024 Chevrolet Silverado 2500 pickup;  & cellular phone 870-904-4329

located in the ____Western____ District of ____Arkansas____ , there is now concealed *(identify the person or describe the property to be seized):*

Evidence of violations of Title 18, United States Code, Section 922(a)(1)(A).  See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18:922(a)(1)(A) | Unlicensed manufacture and sale of firearms |

The application is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Shannon Hicks (telephonically)*
*Applicant's signature*

ATF SSA Shannon Hicks
*Printed name and title*

Sworn to before me and signed in my presence.

Date: *December 13, 2023*

City and state:  Texarkana, AR

*Judge's signature*

Hon. Barry Bryant, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE HENNINGER RESIDENCE AND PROPERTY, LOCATED AT 191 NEVADA 125, ROSSTON, AR 71858; THE VEHICLE OF ROBERT HENNINGER; AND THE CELL PHONE AND ELECTRONIC DEVICES OF ROBERT HENNINGER | Case No. _____<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Shannon L. Hicks, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.     Your Affiant, Shannon L. Hicks, is an investigative or law enforcement officer of the United States, within the meaning of Title 18, United States Code (USC) Section 2510(7) and is empowered by law to conduct investigation of and to make arrests for offenses enumerated in Title 18, United States Code (USC) Section 2516. Your Affiant is a Senior Special Agent (SSA) and Certified Fire Investigator (CFI) of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Little Rock Field Office. Your affiant has been employed as a Special Agent since September of 2000. While at the ATF National Academy, your Affiant received extensive training in investigating federal firearms, explosives, arson, and narcotics related violations, as well as surveillance, establishing probable cause, and executing search and arrest warrants. Further, your Affiant is a member of the ATF's National Response Team. Your Affiant has participated in numerous criminal investigations with the ATF, as well as with other federal, state, and local law enforcement agencies relating to violations of federal and state law involving the unlawful transfer to and possession of firearms; unlawful manufacturing, transferring, and receiving firearms; unlawful firearms diversion such as trafficking and smuggling; as well various investigations

1

involving explosives, fire origin and cause, and narcotics. Accordingly, your affiant has been involved in the execution of search warrants and arrest warrants pertaining to these offenses.

2.      Your Affiant has also been involved in various types of electronic surveillance and in the debriefing of defendants, witnesses, informants, and others who have knowledge of firearms violations. She has participated in investigations resulting in the arrest of prohibited persons in possession of firearms, firearms trafficking suspects, and in the seizure of numerous unlawfully possessed firearms. She has participated in investigations involving the interception of wire and electronic communications and the use of video surveillance. She is familiar with the manner in which persons who unlawfully possess, transfer, and traffic firearms conduct their operations, including but not limited to: their methods of unlawfully acquiring and distributing firearms, use of telecommunication devices to include electronic mail, land line telephones, cellular telephones, and digital display paging devices, use of counter surveillance techniques, and use of numerical codes and coded and/or cryptic language, words, and references to conduct their transactions.

3.      The information in this Affidavit is based on my personal observations; information received from a confidential source; information received from cooperating witnesses; review of recordings and text messages; review of records and law enforcement databases; records of the purchase of firearms, firearms parts and accessories; information received from other law enforcement agents; my experience and training; and the experience of other agents and law enforcement officers. Because of this Affidavit's limited purpose, it does not contain all of the facts known to me or other law enforcement officers about the investigation. Additionally, the conversations summarized and transcribed below do not necessarily represent the entirety of the conversation, but rather the essential parts that support probable cause. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code §§ 922(a)(1)(A), unlicensed dealing in firearms, have been committed by Robert Matthew HENNINGER. There is also probable cause to search the property described in Attachment A for evidence, instrumentalities, and/or fruits of these crimes further described in Attachment B. This affidavit is made in support of a search warrant for the residence, the cell phone, and the vehicle of Robert Matthew HENNINGER, to include the contents of the cell phone and any storage safes, as further described in Attachments A and B (the "SUBJECT PROPERTY").

## JURISDICTION

5.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by Title 18, United States Code, Sections 2711, and Title 18, United States Code, Sections 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated" as outlined in Title 18, United States Code, Section 2711(3)(A)(i).

## PROBABLE CAUSE

6.      By way of background, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) works in conjunction with various law enforcement agencies within the United States (U.S.) by tracing the acquisition and disposition of firearms recovered there that are sourced in the U.S. ATF also assists bordering foreign countries, Canada and Mexico, in investigating firearm-related crimes where recovered firearms have an origin or similar nexus to the U.S. The cooperation between these countries and ATF in the U.S. is intended to combat violent firearm-related crimes that cross each country's border. ATF further employs individuals, including liaison/attaché and intelligence personnel, who are stationed in these respective foreign countries.

7.      ATF further utilizes personnel assigned to regional Crime Gun Intelligence Centers in

3

its US-based field divisions, as well as in its Office of Strategic Intelligence and Information (OSII), who assist in detecting and investigating potential firearms trafficking schemes. Much of the intelligence used in investigating firearm trafficking schemes revolves around data accessed through ATF's National Tracing Center (NTC). When a firearm is recovered by a law enforcement agency, both inside the U.S. as well as Canada and Mexico, a trace request may be submitted to the NTC by the recovering and/or related investigating agency. To initiate a trace, information including the firearm description (to include type, make, manufacturer, model, and caliber), recovery location/information, and any potential involved persons, is requested of the submitter. NTC utilizes information obtained from federal firearms licensees (FFLs) who are licensed by ATF to engage in various aspects of firearm-related commerce, which may include activities such as manufacturing, importing, acquiring, and/or disposing of firearms lawfully within the confines of the National Firearms Act (NFA) and Gun Control Act (GCA), amongst other potential states.

8.      For an individual to purchase a firearm(s), they must appear in person at the premises or authorized alternate location of an FFL. Upon presenting valid government-issued photo identification, verified by the FFL or an employee/designee, the individual purchaser (transferee/buyer), in conjunction with the FFL (transferor/seller) must complete an ATF Form 4473, Firearms Transaction Record.

9.      On or about October 3, 2022, ATF Special Agent (S/A) Shannon Hicks received and reviewed a referral from New Orleans Field Division Group IV Industry Operations Intelligence Specialist (IOIS) Jason Blanchard regarding firearms purchased by Mr. Robert Matthew HENNINGER, which had been recovered in Mexico based on information provided by ATF's NTC. Based on purchaser information listed in the trace results, HENNINGER was described as a white male, DOB: 2/21/1975, residing at 191 Nevada 125, Rosston, AR.

10.     At the time of his original examination of NTC data, IOIS Blanchard identified

4

approximately 34 firearms purchased by HENNINGER during 2021 that had been recovered in various locations on multiple dates within various cities and states within the country of Mexico. There were additional notes included on the trace results that indicated that, in addition to several of the receivers that had been recovered as fully assembled firearms in Mexico, HENNINGER had purchased additional lower receivers and/or other firearms in the same purchase transaction. Ultimately, the trace results and notations indicated that HENNINGER had purchased large quantities of AR-15 lower receivers from several Arkansas FFLs during 2021.

11.    IOIS Blanchard provided a summary of his findings as follows:

o   HENNINGER was the purchaser of 34 traced firearms, all being recovered internationally within the country of Mexico.

o   Several of the traces have remarks regarding additional firearms being purchased during the same transaction.

o   Several of the traces have remarks regarding the firearms being sold as "receivers" or "lowers" (known to refer to AR-15 style lower firearm receivers, which are the serialized firearm portion of an AR-15 style firearm).

o   Of the 34 traces he examined, 32 of them had a "time-to-crime" (TTC) of less than one year. The TTC is calculated by the NTC in the firearm trace results as the number of days between the reported purchase date of the firearm (to include lower receivers) and the reported date of recovery of the firearm by law enforcement/government officials.

o   The majority of the identified purchases were made by HENNINGER from FFL Robert A. Cobb under business name Blackwood Gold & Silver Exchange, located at 404 N. Dudney Street in Magnolia, AR, FFL number 5-71-03583.

o   IOIS Blanchard queried ATF's Federal Licensing System (FLS) and determined that the FFL has a valid license. He also searched HENNINGER through FLS and did not

find him to be affiliated with any current or former FFLs.

12.     In the course of this investigation, offline searches of the National Crime Information Center (NCIC) were requested from the Federal Bureau of Investigation (FBI). An offline search of NCIC is utilized to find historical information on persons, vehicles, and serialized items, such as firearms. By performing an offline search in NCIC, law enforcement can see when and where a specific individual or a firearm (by serial number) may have had previous contact with law enforcement agencies.

13.     Initially, S/A Hicks requested offline search results using HENNINGER's name, personal identifiers, and Arkansas driver's license number 921316474 from January 1, 2021, to October 3, 2022. The initial results reflected that HENNINGER's identifiers were queried in NCIC by Arkansas State Police (ASP) Troop A on March 24, 2021, as well as by US Customs Service Enforcement on June 6, 2022; June 7, 2022; June 11, 2022; and June 12, 2022, among other results.

14.     In examining the trace details available on the recovered firearms, S/A Hicks identified two (2) over-the-counter purchases at some additional FFLs in Arkansas. These additional purchases included:

**April 27, 2021**: two (2) AR-15 style lower receivers from Bass Pro Shops Outdoor World #063, 1 Bass Pro Drive, Little Rock, AR, FFL 5-71-04231, described as:

- Anderson Manufacturing model AM-15, multi-caliber receiver/frame, serial number 21096682;

- Anderson Manufacturing model AM-15, multi-caliber receiver/frame, serial number 21096684 (recovered as a rifle in Mexico 9/2/2022, trace T20220436938, TTC 493 days).

**May 21, 2021**: five (5) AR-15 style lower receivers from Steve's Outdoor Sports Inc., 606 W. Main, Magnolia, AR, FFL 5-71-35750, described as:

6

- Anderson Manufacturing model AM-15, multi-caliber receiver/frame, serial number 21111008 (recovered as a rifle in Mexico 9/2/2022, trace T20220436899; TTC 469 days);

- Anderson Manufacturing model AM-15, multi-caliber receiver/frame, serial number 21111009;

- Anderson Manufacturing model AM-15, multi-caliber receiver/frame, serial number 211110010;

- Anderson Manufacturing model AM-15, multi-caliber receiver/frame, serial number 211110015;

- Anderson Manufacturing model AM-15, multi-caliber receiver/frame, serial number 211110016.

15.     On October 5, 2022, Steve's Outdoor Sports owner Mr. Steven Rodgers provided S/A Hicks a photocopy of the ATF Form 4473 completed by HENNINGER on May 21, 2021. Upon examining the form, she noted that HENNINGER checked "Yes" in response to question 21.a., which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)..." Mr. Rodgers also allowed S/A Hicks to view HENNINGER's customer information, which listed his customer identification number as 116101011030 and telephone number as 870-904-4329.

16.     He further allowed her to view HENNINGER's transactions, which appear to reflect the May 21, 2021, purchase of a rifle gas tube kit for $21.99, in addition to the 5 receivers which each cost $59.99. It reflected the total transaction amount charged to a Visa card on that date was $364.32. Based on S/A Hicks' knowledge and experience, AR-15 type firearms are gas-operated firearms.

17.     HENNINGER's transaction history also appears to reflect the purchase of an Anderson Manufacturing Upper Receiver for an AR-15 for $74.99 on August 25, 2021. It reflected

the total purchase price was $86.67 charged to a Master Card. Based on S/A Hicks' knowledge and experience, on an AR-15 type firearm, the upper receiver is treated as unregulated gun parts, as opposed to an AR-15 lower frame/receiver and is not regulated under the GCA.

18.    On October 6, 2022, Bass Pro ATF Compliance personnel provided S/A Hicks a photocopy of the ATF Form 4473 completed by HENNINGER on April 27, 2021. Upon examining the form, she noted that HENNINGER checked "Yes" in response to question 21.a., which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)…" She further noted that Section E question 32. "For Use by Licensee" noted the telephone number 870-904-4329 and the email address HENNINGER5600@YAHOO.COM.

19.    Bass Pro also provided a duplicate copy of HENNINGER's purchase receipt, which showed he paid $69.99 for each of the 2 receivers, less a $7.00 (5%) military discount, for a total purchase price of $144.94. The payment was charged to a Visa card number ending in 0616.

20.    S/A Hicks noted that many of the traced firearms had been distributed through FFL Primary Arms LLC under business name Primary Arms/Expo Arms, located at 3219 South Sam Houston Parkway East, Houston, TX, FFL number 5-76-02720. In locating and visiting the website for Primary Arms (www.primaryarms.com), S/A Hicks noted that the website is designed so that unlicensed purchasers can order firearms directly from the website and have the firearms shipped directly to a FFL in the purchaser's state. Once received by an FFL in the purchaser's state, the purchaser can conduct an over-the-counter sale in person the FFL generally by appearing in person, providing government issued photo identification, and completing an ATF Form 4473.

21.    Having examined the results of the 34 traces and relevant notes entered by NTC personnel regarding the number of firearms listed as purchased on the same 4473 form, S/A Hicks observed that HENNINGER had likely purchased approximately one-hundred (100) AR-15 type

8

lower receivers from Primary Arms online and had them shipped to Blackwood in Magnolia, AR.

22.     On October 5, 2022, S/A Hicks consulted with Nevada County Sheriff's Office Chief Deputy (CD) Larry Miller regarding HENNINGER. Chief Deputy Miller stated he was aware of several theft reports over the years at HENNINGER's residence at 191 Nevada 125, Rosston, AR. He stated most of these thefts seemed to have been committed by associates of family members who were familiar with the property and knew where items were stored. He noted that thefts involving firearms had been reported on multiple occasions between 2017 and 2019 from HENNINGER's residence. S/A Hicks noted that HENNINGER was able to provide serial number for almost all the firearms he reported stolen, unlike many firearm theft victims. The fact that he had his serial numbers available after his firearms were stolen indicates that HENNINGER maintains a written or electronic record of the firearms he owns and their description information, including serial number.

23.     CD Miller stated that he had known HENNINGER for many years and had worked with him in law enforcement over that time. He stated HENNINGER most recently had worked at Camden Police Department (in Arkansas) but had left his employment there several years earlier. He stated he had heard rumor that HENNINGER was terminated for lying related to the hours he worked but was uncertain if that was what happened. He further advised that he did not know how HENNINGER currently makes a living or if he works for his wife's family's business. He stated he did not know HENNINGER to do any custom firearm work or anything specific to AR-type firearms.

24.     On October 6, 2022, Little Rock ATF S/As Hicks and Matthew Sprinkles, in addition to Houston ATF S/A Jae Park, met with Primary Arms representatives Mrs. Joyce Banda, Vice President of Compliance, Director of Operations Mr. Silvano Maya, and Compliance Manager (CM) Mr. Matthew Rodriguez regarding purchases made by HENNINGER and firearms

9

transferred to FFL Robert Cobb of Blackwood Gold & Silver Exchange in Magnolia, AR. Between October 6-7, 2022, CM Rodriguez provided S/A Hicks with specific information related to HENNINGER's purchases, to include both firearms as well as related parts and accessories.

25.     In terms of HENNINGER, CM Rodriguez provided a summary spreadsheet of all of his purchases, his customer profile information, his order history and related emails, and his firearm purchases. S/A Hicks noted that all firearms purchased by HENNINGER were transferred using Blackwood Gold & Silver Exchange's FFL.

26.     HENNINGER's customer ID with Primary Arms is CUS-5305265. He provided Primary Arms a contact email address of henninger5600@yahoo.com, which is where they send his order confirmations and purchase invoices, among other communications. His customer information reflected approximately 82 emails documented as sent to HENNINGER's email address from Primary Arms related to sales orders, shipping, gift certificates, password, and similar customer communications. He has also provided is phone number as (870) 904-4329, and an address of Robert Henninger, 191 NEVADA 125, Rosston, AR 71858.

27.     Primary Arms provided an overview of HENNINGER's online activity on their website. Based on the information provided, HENNINGER first visited the Primary Arms website on 10/7/2019 and most recently visited on 4/15/2022. They have logged HENNIGER as visiting their website 650 times during that approximately 2.5 year period since his initial visit.

28.     Based on the purchases associated with his customer profile, HENNINGER has made approximately 42 purchases over the two (2) year period from December 2019 to December 2021. He spent a total of approximately $15,261.23 during that two (2) year period with Primary Arms on stripped lower firearm receivers and related parts for AR-15 style firearm platforms. For reference, the lower receiver/frame of an AR-15 type firearm is considered a firearm as defined in the Gun Control Act (GCA). The lower receiver houses the trigger mechanism. The

term "stripped" lower receiver refers to the lower receiver frame, only, absent the trigger

mechanism/any internal parts. A stripped lower receiver, however, is commercially manufactured

ready to receive a trigger mechanism at the time of purchase.

29.     For firearm-specific purchases, HENNINGER purchased 132 firearms (in the form

of stripped lower receivers) disposed by Primary Arms to Blackwood Gold & Silver Exchange on

his behalf between October 18, 2021, and December 27, 2021. The disposition date provided by

Primary Arms should reflect the date that the firearms were shipped/transferred to Blackwood on

behalf of HENNINGER. It should be noted that, as of October 7, 2022, an additional firearm was

recovered in Mexico, resulting in a total of 35 of HENNINGER's identified lower receiver

purchases having been recovered internationally as assembled firearms.

30.     It should also be noted that HENNINGER purchased four (4) Polymer 80 brand

"80% AR-15 lower with Jig System," the retail sale of which are not regulated as a firearms and

were sold unserialized. Polymer 80 "80%" lower receivers are unregulated by ATF and do not meet

the definition of a firearm in the GCA. The term "80%" is used to refer to the fact that the receiver

is approximately 80% complete at the time of purchase. These lower receivers were sold with a "jig

system" as an aide to the purchaser when drilling the incomplete receiver so that it can be readily

converted to a stripped lower firearm receiver.

31.     The 80% lower receivers are commonly referred to as "ghost guns" since they are

unserialized, unregulated under the GCA, and cannot typically be linked to an individual purchaser in

the same way as a serialized firearm can. "Ghost guns" are personally made firearms (PMF) as

opposed to the commercially manufactured firearms (CMF) that are regulated under the GCA.

32.     HENNINGER also purchased 71 Anderson Manufacturing AR-15 lower parts kits

with black hammer and trigger, as well as 48 with stainless hammer and trigger. Additionally,

HENNINGER purchased 42 KAK AR-15 complete lower parts kits. Lower parts kits are used with

11

stripped lower receivers when building or assembling an AR-15 type firearm.

33.     In total, HENNINGER purchased approximately 589 items, which also included approximately 135 .223/5.56 caliber magazines ranging in capacity from 20-30 rounds. His purchases also included multiple AR-15 component parts in various makes including: lower parts kits, gas tubes, gas blocks, flash hiders/compensators, handguards, charging handles, barrels, upper parts kits, forward assist roll pins, castle nuts, end plates, stocks, buffer tubes/kits, buffer springs, pistol grips, hammer/trigger pins, and bolt carrier groups.

34.     S/A Hicks inquired of Academy Sports and Outdoors Corporate firearms compliance to determine if HENNINGER made any firearm-related purchases with them at any of their licensed FFL locations. On October 13, 2022, Academy Sports and Outdoors provided a list of 4 firearms acquired by HENNINGER between November 2017 and October 2021. They also provided the ATF Forms 4473 and purchase receipts associated with these purchases.

35.     Of the firearms purchased from Academy between December 2019 and October 2021, HENNINGER purchased them from two (2) Academy stores located in Benton, AR (Store 227; FFL 5-71-04707) and Bossier City, LA (Store 150; FFL 5-72-03531).

o       **December 23, 2019**: HENNINGER purchased a CBC/Braztech International model RS22, .22 LR caliber rifle, serial number 7CA120209L from the Bossier City, LA, store. He also purchased a quantity of five (5) of SKU 101908341 for $7.99 each, which Academy Sports Firearms Compliance personnel identified as "MFT AR15 Polymer Mag 30rd: black" (30 round magazines for AR-15 type firearms) as well as one (1) of SKU 108265060 for $19.99. The item was identified on Academy Sports and Outdoors website at www.academy.com as a "Real Avid AR-15 Smart Mat" (image screen snip captured from website listing at https://www.academy.com/p/real-avid-ar-15-smart-mat.  The product is used to assist in assembling and disassembling an AR-15 type firearm (see

below).



36.     Based on additional trace data related to HENNINGER's recovered firearms, investigators believe that, in addition to Primary Arms, at least two (2) additional firearm wholesalers have shipped lower receivers to Blackwood Gold and Silver Exchange that were subsequently received by HENNINGER. Currently available data indicates that approximately 10 additional receivers were acquired by HENNINGER in September 2021, and approximately 20 additional receivers were acquired by HENNINGER in November 2021, via over-the-counter purchases at Blackwood in Magnolia.

37.     On October 14, 2022, S/A Hicks spoke with Mr. Matt Hicks, Compliance Officer (CO), of Bill Hicks & Co., Ltd., 15155 23rd Ave, North Plymouth, MN, FFL 3-41-02758. CO Hicks stated that his company does not sell directly to retail purchasers through their website. Rather, they are a wholesaler who supply firearms to other FFLs. He stated Blackwood Gold & Silver Exchange has been a customer of theirs since approximately 2016. CO Hicks explained that firearms are often purchased from his business wholesale through a secondary wholesale FFL, then shipped to the retail dealer. He stated the invoices will capture what secondary wholesaler the order was processed through, but the firearms are shipped from Bill Hicks & Co. to the retail dealer. He

stated that firearms ordered by the retail dealer on behalf of a specific customer will be annotated with the intended retail purchaser's name and contact information.

38.    CO Hicks provided three (3) invoices for firearm purchases for HENNINGER that each reflected a "Bill To" of Classic Firearms in Indian Trail, NC, with a "Ship To" dealer listing Blackwood Gold and Silver, 404 N Dudney St, Magnolia, AR.  In the "Instructions" block of each of the 3 invoices was "Robert Henninger 8709044329." The invoices were "invoiced" on 10/29/21, 10/31/21, and 11/18/21 with details below:

o   **October 29, 2021**: a Century Arms model Canik Mete SFX, 9mm caliber pistol, serial number 21BY04933 with a total listed price of $460.65 (including shipping);

o   **November 2, 2021**: ten (10) FMK model AR1 Extreme (multi caliber) lower receivers (with sequential serial numbers FMK54863-FMK54872).  To date, two (2) of these receivers (FMK54868 and FMK54872) were recovered as firearms in Mexico;

o   **November 18, 2021**: ten (10) FMK model AR1 Extreme (multi caliber) lower receivers (with sequential serial numbers FMK54833-FMK54842).  To date, one (1) of these receivers (FMK54842) was recovered as a firearm in Mexico.

39.    On October 27, 2022, S/A Hicks spoke with Ms. Jennifer Coleman, Compliance Manager (CM) of WRJ Holdings LLC doing business as Classic Firearms, 5012 Starcrest Drive, Monroe, NC, FFL 1-56-06387.  CM Coleman explained that Classic Firearms is a wholesaler who ships merchandise in inventory, but also works with multiple additional wholesalers who drop- ship on their behalf, including Bill Hicks & Co., Ltd.  She identified a total of ten (10) purchases made by HENNINGER, including the three (3) from Bill Hicks & Co. that were previously identified as having been direct shipped to Blackwood Gold & Silver Exchange on his behalf.  CM Coleman noted that HENNINGER had purchased AR-15 parts, in addition to lower receivers, and commented that, based on his purchases, it appeared he was building AR-15 type firearms.

40.     HENNINGER's purchases with Classic Firearms occurred between approximately March 22, 2020, and November 15, 2021. All of the purchases were under customer name Robert Henninger, customer email: henninger5600@yahoo.com, and customer phone (870) 904-4329. All items were billed to Robert Henninger, 191 Nevada 125, Rosston, AR, 71858, telephone (870) 904-4329. All firearms were shipped to FFL Blackwood Gold & Silver Exchange's licensed premises; all other items were shipped to HENNINGER at his residence address of 191 Nevada 125, Rosston, AR, 71858.

○     **March 22, 2020**: 500 rounds of Aguila brand standard high velocity .22 caliber long rifle ammunition for a purchase price of $23.99 and two (2) 20 round boxes of Sellier & Bellot .270 Winchester caliber ammunition for $29.20. Total purchase price with tax and shipping was $74.96 paid for on a MasterCard ending in 2954.

○     **March 30, 2020**: two (2) SB Tactical model SBA4BLK 6-position extendable stock for a purchase price of $100.99 each. Total purchase price with tax and shipping was $227.85 paid for on a MasterCard ending in 2954.

○     **April 18, 2020**: one (1) Hexmag brand AR 15 5.56/.223/ .300 blackout 30 round magazines in a 10-magazine pack for $89.99 and three (3) single point black fully adjustable tactical slings at $9.99 each for a total of $29.97. Total purchase price with tax and shipping was $139.86 paid for on a MasterCard ending in 2954.

○     **August 31, 2021**: ten (10) Anderson AR-15 stripped lower receivers (with serial numbers 21206852,   21206854,   21206868,   21206869,   21255551,   21255553, 21255561, 21255562, 21255563, 21255571) at a price of $49.99 each. Total purchase price with tax and shipping was $585.92 paid for on a MasterCard ending in 3065. Of these firearms, two (2) (serial numbers 21206869 and 21255553) have been recovered in Mexico as assembled firearms.

- ○ **September 3, 2021**: four (4) American Tactical Imports HUP200 Omni hybrid stripped upper receiver multi-caliber in polymer black with inserts for AR-15 at a price of $30.71 each for a purchase price of $122.84 and one (1) Fostech forged stripped upper receiver mil-spec with black finish for $59.99. Total purchase price with tax and shipping was $207.16 paid for on a MasterCard ending in 2954.

- ○ **October 26, 2021**: one (1) each of the five (5) following AR-15 type firearm parts: AR-15, 16" heavy barrel, .300 blackout caliber; AR-15 A-2 style bird cage, 7.62/308/.300 caliber with crush washer; AR-15 low profile gas block with 2 set screws; Aim Sports ACWAS AR10/LR crush washer .308/7.62; and Aim Sports XDB15 Gas Tube – carbine length. Total purchase price with tax and shipping for these items was $142.54 paid for on a MasterCard ending in 3065.

- ○ **October 28, 2021: (same firearm as detailed drop-ship order from Bill Hicks on October 29, 2021).** Total purchase price of $565.25 paid for on a MasterCard ending in 3065.

- ○ **October 31, 2021: (same firearms as detailed drop-ship order from Bill Hicks on November 2, 2021).** Total purchase price of $473.48 paid for on a MasterCard ending in 2954.

- ○ **November 15, 2021: (same firearms as detailed drop-ship order from Bill Hicks on November 18, 2021).** Total purchase price of $473.79 paid for on a MasterCard ending in 2954.

41.     On or about October 17-18, 2022, IOIS Blanchard performed searches in NCIC for any of the identified firearms being reported stolen in NCIC. None were found to have been listed as currently stolen in NCIC. IOIS Blanchard also requested additional NCIC offline searches be performed on the identified serial numbers including the Stolen Gun File (COM) and Query Log

(HYP). The offline COM logs did not reflect that any of the firearms identified have been historically entered in the NCIC Stolen Gun File. One (1) firearm was located in the offline HYP log. That firearm Savage Arms, Inc., model MSR 15, serial number 01-007860 (purchased by HENNINGER as a lower receiver on January 16, 2020, at Academy Sports & Outdoors on January 16, 2020), was queried by manufacturer and serial number by Middlebury Indiana Police Department on or about May 9, 2020.

42.     On October 19, 2022, S/A Hicks made contact with Middlebury Police Department (MPD) and determined that the firearm had been queried in NCIC for/by Officer Ronald Yutzy. Officer Yutzy has a brother, Mr. Daniel Yutzy, who lives in El Dorado, AR. Mr. Daniel Yutzy was purchasing the firearm from an individual and asked his brother, Ofc. Ronald Yutzy, to run the serial number in NCIC to be sure it was not stolen.

43.     On October 19, 2022, S/A Hicks made contact with Mr. Daniel Yutzy regarding his firearm purchase. Mr. Yutzy stated that he had purchased two (2) AR-15 rifles from an individual who had posted them on the Eldo Ark classifieds website. Mr. Yutzy stated that one of the firearms was an Anderson brand and the other was the Savage in question. Mr. Yutzy stated that he had previously purchased a stolen firearm unknowingly. After that time, he began having his brother run the firearm serial numbers through NCIC to make sure they were not stolen. Mr. Yutzy stated that he had retained photographs on his phone of the listings, as well as firearms and serial numbers that he had purchased from an individual who listed his name as "Robert" and "Robert Henninger" with telephone number (870) 904-4329 at the parking lot of WalMart in Magnolia, Arkansas. He recalled the seller as a heavier set white male who was a former military member. He stated the seller told him he had begun building AR-15 type firearms as a hobby. Mr. Yutzy provided the following images of the posted sales listings (captured on or about May 7, 2020) as well as the firearms and serial numbers:



  

44.     S/A Hicks spoke with Mr. Yutzy about the "Eldo Ark" classified website. He stated that the website name had changed and confirmed that the website https://www.accessarkla.com was the same page but redesigned under the new web address. Mr. Yutzy stated that he still has possession of the Savage rifle; however, he has sold the Anderson rifle to someone else, who subsequently further disposed of the rifle.

45.     On October 19, 2022, S/A Hicks spoke with Noalmark Digital Manager Mr. Randy Harvey of Noalmark Digital Solutions, located at 202 West 19th Street, El Dorado, Arkansas (870) 863-6126. Mr. Harvey confirmed that EldoArk and AccessArkla are the same entity with a redesigned website. He stated he would request that the company search for any additional classified listings posted by HENNINGER. On that same date, he provided a listing from August 10, 2021, with four (4) attached photographs. He provided information showing that the customer

18

who posted used the username henninger5600@yahoo.com. The classified add was listed as "BRAND NEW AR15 556". The contact name for the ad was listed as "Robert" with telephone 870-904-4329. The description read, "BRAND NEW AR14. TEST FIRED ONLY. COMES WITH MAGAZINE. 16" BARREL, ANDERSON LOWER AND MAGA LOGO BOLT. LAKOTA ADJUSTABLE STOCK, KAK LOWER PARTS KIT AND MLOC RAIL. $850 OBO. TEXT IS BEST CONTACT."

46.    The following 4 images were attached to the post, which do not visually depict the manufacturer or firearm description information:



As of October 26, 2022, Noalmark was continuing to search for additional classified ad posts made by HENNINGER.

47.    S/A Hicks examined the information provided by IOIS Blanchard and noted that, based on her training and experience, short TTCs (less than a year), particularly when recovered internationally, are indicative of firearms having be diverted from the lawful commerce into unlawful commerce, frequently referred to as trafficking. This is particularly significant with firearm(s) purchased as a lower receiver since it is not a functional firearm at the time of purchase. Based on information provided in the traces examined, between the date of purchase and the date

of recovery, the firearm lower receivers had been converted into assembled firearms prior to their recovery, consistent with the purchaser potentially selling firearms without a license. Further, the fact that firearms purchased by HENNINGER on multiple dates were recovered on the same incident date and location in Mexico indicate that HENNINGER and co-conspirator(s) are involved in selling firearms without a license, as well as apparent unlawful exportation of firearms, to include firearm parts and accessories, from the US to Mexico.

48.     Pursuant to a Federal search warrant issued in the United States District Court for the Western District of Arkansas, Case number 4:22-cm-17, on November 30, 2022, for information associated with Yahoo, Inc., email account of HENNINGER (henninger5600@yahoo.com), responsive data was received on or about December 2, 2022. Following S/A Hicks' execution of the search warrant on HENNINGER's email account in late November 2022, it initially appeared that HENNINGER had ceased purchasing lower receivers. A NICS notification flag was placed so that S/A Hicks would be notified if HENNINGER attempted to purchase any additional firearms.  It should be noted that, since November 2022, S/A Hicks has continued to receive notifications of the originally described firearm receivers purchased by HENNINGER through approximately December 31, 2021, being recovered in Mexico, with most, if not all, of them being recovered as assembled firearms. As of December 11, 2023, S/A Hicks is aware of a total of 43 of the firearm receivers purchased by HENNINGER through approximately December 31, 2021, being recovered in various government encounters in Mexico. To date, none of the AR style firearms or receivers purchased during that timeframe have been recovered in the United States.

49.     On or about September 12, 2023, FFL Robert Cobb of Blackwood Gold & Silver Exchange contacted S/A Hicks regarding HENNINGER regarding firearms he had observed for sale, which he believed were listed by HENNINGER. Mr. Cobb stated that he had seen a listing

20

for a firearm by an individual named "Robert" from "Rosston," which included a shotgun that Mr. Cobb believed HENNINGER had purchased from him in approximately December 2021, at the same time he had purchased additional AR-15 lower receivers.

50.  On September 22, 2023, S/A Hicks met with Mr. Cobb, who provided her with 18 forms 4473 for HENNINGER's acquisition of firearms from his FFL between September 7, 2021, and February 23, 2022. An initial review of the forms appears to reflect the purchase of a total of 187 firearms, including the previously identified lower receivers.

51.  Mr. Cobb stated that he believes that, prior to HENNINGER beginning to purchase firearms through his business, he received a phone call from HENNINGER to inquire about Mr. Cobb's process of assisting with FFL transfers. He stated the believed HENNINGER mentioned that he was tired of dealing with "Steve's" (known to be Steve's Outdoor Sports, Inc., located at 606 W. Main, Magnolia, AR, FFL: 5-71-35750).

52.  Mr. Cobb stated that he only charges $20 per ATF Form 4473 (rather than charging by the number of firearms received on behalf of a customer), which he stated is the least expensive rate available locally. Mr. Cobb believes HENNINGER chose to use his FFL to facilitate his transactions due to his rate being the cheapest.

53.  Mr. Cobb stated that he believes that a Nylon 66 (Remington model of .22 caliber rifle) and an order from RSR are the only items HENNINGER purchased from Mr. Cobb's inventory. He stated that all the rest of the firearms were ordered by HENNINGER directly from the wholesalers.

54.  Mr. Cobb stated that at some point he inquired of HENNINGER what he was doing with the firearms (receivers) he was acquiring. HENNINGER told him that, when he was a Detective at Camden Police Department they dealt with Bushmaster (for AR-15 type firearms).

21

He said HENNINGER told him that he had upper receivers and parts to build them out. Mr. Cobb was under the impression that HENNINGER already had Bushmaster upper receivers from his conversation with him. He also understood HENNINGER was allegedly "putting them back" as he built them, meaning storing them for future use. He stated that, after he asked HENNINGER what he was doing with the receivers, HENNINGER only had a few more receivers shipped to his business.

55. On or about September 13, 2023, after ATF Special Agent (S/A) Shannon Hicks obtained information regarding three (3) firearms Robert Matthew HENNINGER had listed for sale in a classified advertisement at www.accessarkla.com, ATF S/A Matthew Sprinkles contacted a confidential informant (CI), who is also a convicted felon, who saved the phone number in the classified as "Guns Guy" with telephone number (870) 904-4329.

56. On or about September 13, 2023, the CI initiated a text message exchange with "Guns Guy" at the telephone number listed, known to S/A Hicks to be the cell phone number of Robert HENNINGER. In a series of text messages, they negotiated a sales price of $2050 for all three (3) of the firearms listed (a shotgun, a revolver, and a carbine/rifle). They also discussed (via text message) how many magazines would accompany the rifle.

57. On September 18, 2023, the CI texted HENNINGER to inquire about making the firearm purchase on the next day (Tuesday, September 19, 2023). They arranged a meeting in Arkadelphia, AR, for the next day.

58. On September 19, 2023, while conducting surveillance at the arranged buy location, at approximately 1150 hours, agents observed a red Chevrolet crew cab pickup bearing Arkansas license plate DAV7731 (previously identified as registered to HENNINGER) arrive in the parking lot and drive over to the CI's vehicle. HENNINGER was observed to park beside the CI, and engage him in conversation, resulting in the transfer of firearms from HENNINGER's vehicle

into the vehicle of the CI. The transaction was completed in less than 10 minutes.

59. S/As Sprinkles and Hicks removed the firearms from the CI's vehicle. During subsequent debrief of the CI, the CI stated that, during conversation with HENNINGER, HENNINGER initiated a conversation with the CI asking if the CI was interested in AR type firearms. HENNINGER volunteered that he makes ARs, which takes him approximately 4 hours per firearm. HENNINGER further volunteered that he recently sold 150 ARs to someone in Tennessee. The CI expressed interest in a future AR purchase. The CI stated HENNINGER advised he was leaving town for about two (2) weeks on a fishing trip. During the transaction, HENNINGER had looked in his phone for a photo of a firearm he had made to show the CI. HENNINGER ultimately told the CI he would send him some photographs after he returned home.

60. The CI stated he paid $1800 for the firearms and HENNINGER included a box of 100 rounds of ammunition with the purchase. SA Sprinkles and SA Hicks took the firearms and ammunition from the CI into ATF custody.

61. Upon subsequent review of the audio recording of the meeting, S/A Hicks obtained the following summarized information, which is not written verbatim:

62. The CI and HENNINGER discussed HENNINGER's 2024 model truck, which HENNINGER stated was the first one in Arkansas. The CI and HENNINGER then looked at the firearms the CI was there to purchase. HENNINGER engaged the CI in conversation about where he was from. HENNINGER then asked the CI, "Do you do ARs?" When the CI responded affirmatively and expressed interest in ARs, HENNINGER volunteered that he builds ARs. He explained specifically that he has polymer lowers that he machines. When the CI asked about HENNINGER's price on ARs, he stated "700" (dollars) a piece. HENNINGER said it would take him a couple of weeks to get them together since he is getting ready to leave town on a fishing

trip.

63.    HENNINGER elaborated, "once I sit down and do them, I can make them in about 4 hours." HENNINGER further volunteered that he had sold 150 of them to a guy he described as a "prepper" from Tennessee. He described that the Tennessee "prepper" has 4-5 houses and that he wanted some at every one of his houses for all his family members. The CI asked HENNINGER how long he had been building ARs, to which he responded, "about 10 years." The conversation returned to HENNINGER's new truck, and they discussed that it costs $100 to fill it with gas.

64.    HENNINGER was looking through his phone and stated he was looking for a picture. HENNINGER then again began discussing the AR lowers. He stated that he machines them out and described them as polymer lowers the "same as Glock." After looking on his phone, HENNINGER stated that he did not have any pictures on there, but stated he would get them and text them to the CI. HENNINGER said he could do standard with side charging handle, 18" barrel with a Magpul front stock, (indiscernible conversation with mention of rails), and adjustable butt stock. The CI expressed interest in purchasing ARs from HENNINGER, to which HENNINGER responded that he should be back in about 2 weeks.

65.    Later that evening, at approximately 7:39 PM, the CI sent a text to HENNINGER to follow up on AR photographs HENNINGER told him he would send him. HENNINGER stated he would be home in about 25 minutes. Subsequently, the follow text chain ensued, and HENNINGER sent the following messages and photographs (partially redacted) between September 19-20, 2023:



66.  The following images are closer views of the photographs HENNINGER sent to the

CI:







S/A Hicks recognized the photographs HENNINGER sent the CI appeared to be identical screenshots of the photographs HENNINGER had listed in his August 10, 2021, accessarkla classified ad (previously obtained from accessarkla/Noalmark.com).

67.    S/A Hicks recognized HENNINGER during the transaction from previously reviewed images of him, to include his Arkansas Driver's License, most recently issued on 8/26/2021. Further, she recognized both the license plate issued to the 2024 model red Chevrolet pickup he was driving on September 19, 2023, as consistent with a vehicle recently registered to him at his previously identified home address.



68.    For approximately the next month, the CI and HENNINGER did not have further communication, until approximately October 18, 2023, when the CI asked HENNINGER if everything was still good. HENNINGER replied that he was planning to try to "build this weekend." Over the approximately one (1) week period that followed, they exchanged a series

of text messages. The CI inquired about acquiring short ARs that the CI can sell. HENNINGER sent images of some long guns and a pistol that he said are "taking up room in the safe". The CI advised that HENNINGER wanted $3500 for the four (4) firearms he sent photographs of.

69.    The CI responds, "Okay cool. I gotcha once I move this bud around" (insinuating that he needs to sell some "bud" (slang term for marijuana) to have the money to purchase the firearms). The CI further inquires about ARs, particularly the short ones and comments, "my people buy those all day." HENNINGER responds that he is working on a couple of rifles but notes that he doesn't have any pistol barrels yet. HENNINGER asked the CI how many the CI is looking for. The CI responds that there is no limit for the right price and says "one or two for now if they like them will get a lot more." HENNINGER responds, "last guy I built for ordered 50 at a time. Paid half up front half on delivery. Paid 800 each." The CI responds to get the CI one for now. HENNINGER responds, "No problem".

70.    On October 25, 2023, the CI asks when HENNINGER will have a couple ARs ready. HENNINGER replies "hopefully by the end of next week. Waiting on a couple more parts to come in." On or about November 12, 2023, HENNINGER texted the CI asking if the CI is "Still looking for a couple ar pistols". The CI responded, "What you got buddy". HENNINGER sends a screen shot of an apparent AR pistol and comments, "Have a couple of these finished in about a week". The CI inquires about a price, and HENNINGER tells him to make an offer. HENNINGER states he will have 2 pistols, then states, "Can possibly have 4 if I have all the parts here." On November 13, 2023, HENNINGER texts the CI, "Will have 4 as soon as the trigger pins come in". On November 14, 2023, the CI responded, "Ok hopefully that's good will u have them by Friday". HENNINGER remarked, "Hoping to but they haven't even shipped yet". They negotiated over price and the CI asks if these are "polly" (polymer) ones they previously discussed and whether or not they had serial numbers. HENNINGER did not answer

27

if they were polymer or not. They negotiated a price of $725.

71.    On November 16, 2023, the CI and HENNINGER made a plan to meet for the purchase on November 17, 2023. Ultimately, HENNINGER told the CI he had to cancel the plan for November 17, 2023, because his grandson was in the hospital.

72.    On November 28, 2023, FFL Cobb contacted S/A Hicks and stated that he had received a package containing five (5) AR-15 lower receivers on that same date from FFL Bear Creek Arsenal, located at 310 McNeill Road, Sanford, NC 27330, FFL number 1-56-06622. Mr. Cobb stated that the invoice inside the package reflected that the shipment had been ordered by "ECOMMERCE (RETAIL)" customer HENNINGER at the previously identified address and phone number. The date on the order was November 13, 2023. The invoice reflected that he purchased five (5) "lower assembly pistol" for $184.99 each.

73.    Mr. Cobb stated that he was unaware that HENNINGER was having firearms shipped to his premises on HENNINGER's behalf until the package arrived that day. S/A Hicks advised Mr. Cobb that it was at his discretion as the FFL to either transfer the firearms to HENNINGER or to return them to Bear Creek Arsenal. Mr. Cobb subsequently determined he would transfer the firearms to HENNINGER, who S/A Hicks advised was not known to be prohibited. Mr. Cobb stated he would attempt to make an audio recording of his transfer to HENNINGER, in addition to the video footage routinely recording inside his licensed premises that would capture the transaction.

74.    On November 29, 2023, Mr. Cobb subsequently advised that HENNINGER came to the premises, completed an ATF Form 4473 (Firearms Transaction Record), and took possession of the lower receivers on that date. Mr. Cobb further advised that, unlike HENNINGER's previous stripped lower receiver purchases during 2021, the five (5) he had

purchased from Bear Creek Arsenal on the current transaction were complete (with parts installed).

75.   Mr. Cobb provided a copy of the ATF Form 4473 and related documentation, which reflected that the lower receivers were each described as: Bear Creek Arsenal model BCA15, multi-caliber (complete lower) pistol (receivers) with the following serial numbers: A096767, A096770, A097107, A097751, and A097758.

76.   On December 6, 2023, S/A Hicks met with Mr. Cobb, who downloaded both the audio and video recordings of HENNINGER's receipt of the firearms from his FFL premises on November 29, 2023, and provided a digital copy of the files to her.

77.   In reviewing the audio and video footage obtained by Mr. Cobb, S/A Hicks created the following narrative summary. It should be noted that what follows is not a transcription. Rather, it is a summary of the portions of the recordings relevant to this investigation:

78.   FFL Cobb commented that he had not seen HENNINGER in over a year. HENNINGER stated that he had been back home in Maine working on a house in inherited from his father for approximately 8 months. He stated he had been back (in Arkansas) for about a month. FFL Cobb commented that HENNINGER had previously purchased enough "lowers" to outfit a small African army. HENNINGER responded that he took most of "my shit" up to Maine. HENNINGER commented that he needs something to do "down here." He remarks that he built out most of the lower receivers he had purchased. HENNINGER reiterated that he took some of them to Maine and stated that is where he is from. HENNINGER stated that he grew up in Waterville, approximately 40 minutes away from the "camp" property he has been refurbishing.

79.   HENNINGER noted that there had been a delivery "exception" with the receivers he had ordered from Bear Creek Arsenal. HENNINGER stated he thought he had purchased

four (4) receivers, but FFL Cobb told him he had ordered five (5). HENNINGER commented he had "forgot I even bought them." He elaborated that he is going to make some AR pistols for his kids to have at the house so they can go shooting.

80.   HENNINGER stated that he had gotten four (4) Vietnam era M14s in Maine from a high school friend for $500 each. He described them as "real M14s" on his friend's grandfather's estate. HENNINGER remarked that a local police chief is holding on to the firearms while he awaits the paperwork (interpreted to refer to a transfer under the National Firearms Act of machineguns).

81.   FFL Cobb and HENNINGER discuss building AK style firearms. FFL Cobb stated that it takes a lot of tools. HENNINGER replied that he probably has the tools and remarked, "I have access to an entire machine shop."

82.   FFL Cobb and HENNINGER conversed about the lower receivers HENNINGER has ordered and whether or not they are classified as pistol lowers. HENNINGER said they were sold as pistols and elaborated, "that's what the website says." HENNINGER also states that two (2) of them "will no longer be a pistol when they get to the house," but the rest of them (interpreted to mean the remaining three (3)) will be. HENNINGER commented that for one with a rifle stock, the price was $100 more. The two discuss Palmetto State Armory (another FFL selling lower receivers); HENNINGER replied that Palmetto State could not beat this pre-black Friday deal.

83.   HENNINGER stated that he had a bunch of upper receivers at the house that his wife found in the top of the closet while she was making space for Christmas presents. HENNINGER remarked that he did not know they were up there and did not think he had any that were not in his safe.

84.     HENNINGER said that he bought a new camper so he quit spending money on guns. He said he has subsequently paid off the camper, so now he has money to spend on guns.

85.     FFL Cobb and HENNINGER discuss that FFL Cobb is changing his fee structure in January to charge purchasers he facilitates transactions for $10 per serial number, rather than $20 a form, as he has been charging. FFL Cobb commented that sometimes people purchase 40 lowers at a time, to which HENNINGER replied, "people like me." FFL Cobb noted the time that HENNINGER purchased 40-50 at one time. HENNINGER interjected that it was "49" of them and laughed.

86.     During the approximately 40 minutes HENNINGER and FFL Cobb talked, they completed the ATF Form 4473 for the firearm transfer. FFL Cobb contacted the National Instant Check System (NICS) and the transaction received a "proceed" response. HENNINGER took possession of the lower receivers and departed the premises.

87.     FFL Cobb noted that HENNINGER was driving a red pickup truck when he came to his premises, consistent with the one known to be registered to him.

88.     After having taken possession of the lower receivers from FFL Cobb on Wednesday, November, 29, 2023, HENNINGER sent a text message to the CI on Saturday, December 2, 2023. He stated that his grandson was expected to be discharged from the hospital by the end of the week and that his parts had allegedly come in. HENNINGER stated that he could meet the CI Thursday or Friday and he would have "4 together". They remained in contact through Friday, December 8, 2023, when they had scheduled to meet for the CI to purchase the firearms.

89. On December 6, 2023, S/A Hicks accessed Nevada County Property records online at: www.actDataScout.com and examined data regarding 191 Nevada 125, Rosston, AR 71858. Based on the records examined, the property is owned by HENNINGER and his wife, Jeannie

31

Henninger.  The property record reflects that it consists of a single-story residence with light blue/gray colored vinyl siding, which measures approximately 1280 square feet.  The property record also reflects three outbuildings/storage buildings, measuring 10'x16', 12'x16', and 10'x20', respectively.  It is unknown if that is a current description listing of the outbuildings on the property as the photograph of the residence included reflects a date of January 10, 2019.

90. On December 6, 2023, S/A Hicks conducted surveillance of the HENNINGER residence.  She observed a red pickup truck consistent with HENNINGER's truck parked outside the main residence.  She also observed a travel trailer consistent with the 2022 Keystone RV camper HENNINGER is known to own, parked in the yard.  A third vehicle, believed to be a 2019 Buick Encore, bearing Arkansas license plate 405ZDU, was parked near a green outbuilding on the property.  This vehicle is believed to belong to a family member, Ms. Sharon Tomlinson (white female, DOB: 1/2/1955), who also resides on the property, potentially in the green outbuilding.  There were multiple outbuildings/sheds observed to be on the property.  The following still images were captured of video S/A Hicks recorded of the property taken from the roadway on Nevada County Road 128:



91. On December 8, 2023, at approximately 11:05 AM, ATF Special Agent (SA) Matthew Sprinkles and SA Shannon Hicks met with an ATF CI at a predetermined meeting location. SA Sprinkles searched the CI's person and SA Hicks searched the vehicle for any weapons, narcotics, or US currency. No contraband or currency were located. The CI was equipped with both audio and video recording devices. At approximately 1120 hours, the CI was provided $2900.00 in agent cashier funds to be expended for the purchase of four (4) firearms.

92. At 11:23 AM, the CI text HENNINGER, "In motion be their around 12:15 buddy." Prior to the CI's arrival at the meet location, HENNINGER responded "Ok" and text a photograph of a pistol and some magazines sitting in what appeared to be the seat of a vehicle. The CI responded "4 right" to which HENNINGER replied, "Yeah 4 AR 15 pistols. This is a different kind". HENNINGER responded that the firearm in the photograph costs more, $1500, "and has 3 mags" The CI responded, "Ok maybe next week for that". HENNINGER responded, "Cool."

93. ATF S/A Amy Ness was conducting pre-operational surveillance in the parking lot at WalMart in Fordyce and observed what she believed to be HENNINGER's truck arrive and park on the outer portion of the parking lot near Highway 79, backed into a parking space, between approximately 11:28 and 11:30AM. S/A Ness noted the truck had a pink-colored front license plate on it. At approximately 11:34AM, ATF Task Force Officer (TFO) Steve Woodall confirmed that the license plate on the vehicle S/A Ness observed appeared to be that of HENNINGER's truck (DAV7731).

94. S/As Sprinkles and Hicks surveilled the CI to a predetermined location, where the recording device was activated at approximately 12:00 pm. They then followed him to the meet location in WalMart parking lot, located at 1123 US-79, Fordyce, AR, where surveillance was maintained by S/A Sprinkles, who covertly recorded the meeting. The CI and HENNINGER

met for approximately 5 minutes, during which time S/A Sprinkles observed HENNINGER to hand over a large bag to the CI, which HENNINGER had removed from the rear driver's side of his truck. The following are some still images recorded by S/A Sprinkles during the transaction between approximately 12:08 and 12:11 PM:



95. By approximately 12:12 PM, HENNINGER and the CI both departed the meet location. Surveillance units observed HENNINGER departed traveling west on Highway 79.

96. S/As Sprinkles and Hicks surveilled the CI from Walmart to a pre-determined location, where they met with the CI at approximately 12:15 PM. At approximately 12:16 PM:, the recording devices were deactivated.

97. S/As Sprinkles and Hicks removed the firearms from the CI's vehicle. During subsequent debrief of the CI, the CI stated that he paid $2900 for the firearms. HENNINGER included four (4) 30-round magazines; three (3) magazines were still in the original packaging; the fourth magazine was loaded with 30 rounds of ammunition.

98. SA Sprinkles and SA Hicks took the firearms and ammunition into ATF custody.

The purchased item are described as follows:

- Bear Creek Arsenal model BCA15, multi-caliber pistol, serial number A096767;

- Bear Creek Arsenal model BCA15, multi-caliber pistol, serial number A096770;

- Bear Creek Arsenal model BCA15, multi-caliber pistol, serial number A097751;

- Bear Creek Arsenal model BCA15, multi-caliber pistol, serial number A097758;

- Four (4) Magpul PMAG 30-round capacity magazines (one (1) was loaded); and

- 30 rounds of .223 caliber ammunition removed from loaded Magpul PMAG magazine.

99. S/A Hicks compared the serial numbers on the purchased firearms to those of the lower receivers purchased by HENNINGER on November 29, 2023, from FFL Blackwood Gold & Silver Exchange. She found that each of the serial numbers on the purchased firearms matched four (4) of the five (5) lower receivers HENNINGER had purchased nine (9) days earlier.

100. On or about December 10, 2023, S/A Hicks accessed Bear Creek Arsenal's website www.bearcreekarsenal.com. She examined the AR style pistols offered for sale on the website. She located a listing for a BC-15 5.56 NATO caliber pistol and noted that the image posted for this item appeared consistent with the image that HENNINGER had texted the CI on December 2, 2023, when asking if the CI was still interested in purchasing AR pistols.

101. Based on information obtained from Verizon Wireless on or about October 4, 2023, HENNINGER's cell phone number of 870-904-4329 is on listed on his personal Verizon account. As of October 2023, the telephone number is associated with a Samsung Galaxy S22 Plus cell phone with IMEI 357211454605421 and IMSI 311480764208086.

## CONCLUSION

102.    Under Title 18, United States Code, Section 922(a)(1)(A), it is unlawful for any person, except a licensed importer, licensed manufacturer, or licensed dealer to engage in the

business of importing, manufacturing, or dealing in firearms, or, in the course of such business, to ship, transport, or receive any firearm in interstate commerce. The investigation reveals that HENNINGER is not a licensed firearm importer, manufacturer, or dealer. The facts above show that since 2021, HENNIGER has been purchasing AR-15 lower receivers in bulk quantities, along with firearm parts and manufacturing equipment, and has admitted to others that he is manufacturing AR-15 type firearms for sale. Numerous firearms with AR-15 lowers traced to HENNINGER have been recovered in Mexico within a year of his purchase. Your affiant, based on her training and experience, notes that short time-to-crime periods (less than a year), particularly when recovered internationally, are indicative of firearms having be diverted from the lawful commerce into unlawful commerce, frequently referred to as trafficking. This is particularly significant with firearms initially purchased as a 'lower receiver' since that part is not a functional firearm at the time of purchase. Based on information provided in the traces examined, between the date of HENNINGER's purchase and the date of recovery, the firearm lower receivers had been converted into functioning firearms prior to their recovery, consistent with the purchaser selling firearms without a license. Additionally, HENNINGER related that he sold 150 AR-15 firearms to a "prepper in Tennessee," and HENNINGER most recently negotiated the building and sale of an AR-15 type firearm to the CS.

103.    It has been my experience during my approximately 23 years as an ATF Special Agent, that persons who purchase and/or possess firearms store firearms in their businesses, residences, vehicles, and/or on their person. Unlike many other types of items, these individuals frequently maintain firearms in their personal collections for long periods of time, frequently for many years, and often have an emotional attachment to the ownership and possession of these firearms.   Their firearms are usually kept secure because of their value to the possessor.   Also, in my experience, firearm owners also maintain certain documents and records pertaining to firearms

acquisitions and dispositions, such as owner's manuals, receipts, and other documents of ownership of firearms, in their homes and/or vehicles for safekeeping, even if they are attempting to circumvent the Federal firearms laws. These documents and records, as well as supporting documents relating to purchases, sales, and inventories, such as receipts, invoices, and photographs, are frequently retained, even if they are evidence of violations of Federal firearms laws.

104.    Further, in my training and experience, persons who engage in unlawful firearms transactions often form information networks to buy and trade for firearms they cannot acquire from reputable and/or legitimate firearms dealers.  Evidence of unlawful firearms transactions is often preserved on computers in e-mail accounts, sent and deleted e-mails, address books, contact lists, and attachments to e-mails, including pictures and files.  These individuals also often maintain photographs and detailed descriptions of weapons they have sold or traded.

105.    Based on my prior experience with seizure of computers, to include cellular telephones, in order to properly retrieve and analyze all electronically stored (computer) data, to document and authenticate such data, and to prevent the loss of the data either from accidental or deliberate programmed destruction, requires analysis by a qualified computer specialist.  To effect such accuracy and completeness requires the seizure of all computer equipment and peripherals which may be independent, and the software to operate the computer system and related instruction manuals which contain directions concerning the operation of the computer system and the software programs.  For these reasons, it is believed that the seizure of the electronically stored data, as well as the computer on which it is stored, computer equipment, software, hardware, manuals, and other related items will be necessary to ensure that all relevant evidentiary data is located and seized.

106.    It has been my experience that persons who manufacture firearms frequently have become educated in the functionality of firearms by educating themselves through the use of publications, periodicals, and manuals.  They dedicate time and attention to researching the firearms

that they currently own, as well as those they seek to own, by acquiring owner's manuals and "how-to" guides to assist them in performing maintenance and modifications on their firearms. In addition to the publications that they acquire, they also acquire parts and accessories for their firearms, to include parts designed for use in fully automatic versions of the semi-automatic firearms that they own, to be used in modifying these firearms to fire fully automatic.

107.    These individuals frequently buy identical firearms and/or firearms receivers, to allow them to experiment with various modifications, both lawful and unlawful, that allow them to modify the way in which the firearm functions. Further, based on my training and experience, I know that individuals who possess and modify firearms often possess other items related to these firearms such as gun cases, gun safes, ammunition, ammunition magazines, holsters, spare parts, cleaning equipment, tools, and modified parts.

108.    Based on the foregoing information, I believe that concealed within the SUBJECT PROPERTY (residence, outbuildings, electronic devices, and vehicle of HENNINGER), located at 191 Nevada 125, Rosston, AR 71858, which is further described in Attachment A, are items that constitute evidence, fruits, instrumentalities, and things otherwise criminally possessed in violation of Title 18, U.S.C. §§ 922(a)(1)(A).  I further believe that a search of the SUBJECT PROPERTY will result in the discovery of items that constitute evidence, fruits, and instrumentalities of these violations, specifically, the items listed in Attachment B.

## REQUEST FOR SEALING

I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature

38

disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

FURTHER YOU AFFIANT STATETH NOT.

*/s/ Shannon L. Hicks (telephonically)*
Shannon L. Hicks Senior Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Subscribed and sworn to before me on this 18th day of December, 2023.

HON. BARRY BRYANT
United States Magistrate Judge Western District of Arkansas

### ATTACHMENT A TO THE AFFIDAVIT
**Property to Be Searched**

**THE RESIDENTIAL PROPERTY**

The residence of Robert Matthew HENNINGER and all outbuildings located on the premises of 191 Nevada 125, Rosston, AR 71858, located in rural Nevada County in the Western District of Arkansas. The primary residence is described as a single-story structure, constructed of gray to light blue siding, and a light-colored roof. A gravel driveway leads to the residence. A white mailbox on a black post with the last name HENNINGER and address is located to the right side of the driveway. The residence with mailbox visible is depicted below. Additional photographs of structures on the property are contained in the Affidavit.



**THE CELL PHONE**

The cellular telephone of Robert Matthew HENNINGER, with assigned telephone number 870-904-4329.

**THE VEHICLE**

The vehicle of Robert Matthew HENNINGER, described as a 2024 Chevrolet Silverado 2500 pickup, red in color, Vehicle Identification Number (VIN): 1GC4YNE77RF118621, bearing Arkansas license plate DAV7731.

### ATTACHMENT B TO THE AFFIDAVIT
### Particular Things to be Seized

#### A) RECORDS/DOCUMENTS

The following books, records, documents, or photographs, whether contained on paper in handwritten, typed, photocopied or printed form or stored on computer printouts, magnetic tape, cassette, disk, diskette, photo-optical devices, photographic film or any other storage medium:

1. Receipts, owner's manuals, alteration/conversion/modification manuals, and other documents or items relating to the acquisition, disposition, manufacture, modification, possession, and ownership of firearms;

2. Photographs of individuals possessing firearms;

3. Documents relating to or memorializing the ordering, purchase, storage, transportation, and sale of firearms, including but not limited to US currency, buyer lists, supplier lists, pay-owe sheets and records of sales, logbooks, personal telephone/address books or rolodexes, electronic rolodexes, computers and computer equipment, bank and financial records, and storage or safety deposit box records and keys;

4. Documents and records that establish the persons who have control, possession, custody or dominion over the property and vehicles searched and from which evidence is seized, such as: personal mail, checkbooks, personal identification, notes, other correspondence, utility bills, rent receipts, payment receipts, financial documents, keys, photographs (developed or undeveloped), leases, mortgage bills, emails, and vehicle registration information or ownership warranties, receipts for vehicle parts and repairs, and telephone answering machine introductions and fingerprints.

2

5. Documents and articles of personal property showing the identity of persons occupying, possessing, residing in, owning, frequenting, or controlling the premises to be searched or property therein, including keys, rental agreements and records, leases, property acquisition records, utility and telephone bills and receipts, photographs, storage records, vehicle records, personal mail, cancelled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, cancelled checks and other records of income and expenditure, credit cards and statements, bank records and personal identification.

**B) FIREARMS, FIREARM RECEIVERS, FIREARM PARTS AND ACCESSORIES, TOOLS USED TO MODIFY FIREARMS, AND AMMUNITION**

**C) ANY AND ALL STORAGE SAFES ON THE PREMISES**

**D) ELECTRONIC DEVICES AND RELATED STORAGE MEDIA**

Cellular telephones, computers, computer software, portable hard drives and digital storage devices that may store evidence of the manufacturing and transferring of firearms.

The above property to be seized is the fruit, instrumentality, things otherwise criminally possessed, and evidence of violations of Title 18, USC §§ 922(a)(1)(A); 922 (a)(6); 922 (d)(1); and 933(a)(1).

3